# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>EMMITT T. TINER<br>*Defendant(s)* | SUPPRESSED<br><br>Case Number: 20-30166-SPM-1 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EMMITT T. TINER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2     18:1343 Wire Fraud
Counts 3-6     18:875(b) Interstate Communications with Intent to Extort
Counts 7-8     18:1341 Mail Fraud
Counts 9-20    18:1951 Extortion
Counts 21-35   18:1347 Health Care Fraud
Count 36       31:5324(a)(2) Material Misstatement of Fact to a Domestic Financial Institution
Count 37       42:408(a)(8) Use of a Social Security Number of Another Person in Violation of the Law
Count 38       42:408(a)(7)(B) False Representation of a Social Security Number
Count 39       18:1028A(a)(1) Aggravated Identity Theft
Counts 40-51   18:1956(a)(1)(B)(i) and 2 Money Laundering
Counts 52-54   18:1957 and 2 Monetary Transaction in Criminally Derived Property

Date: November 18, 2020

*Issuing officer's signature* — Deputy

City and state:   East St. Louis, IL          MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                      Weight:

Sex:                                                         Race:

Hair:                                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: