

FEDERAL BUREAU OF INVESTIGATION

Date of entry    11/25/2020

On November 19, 2020, law enforcement (LE) conducted a search of 210 Knollhaven Trail O'Fallon, IL, pursuant to federal search warrant authority.  The premises/search consisted of a residential lot which included a house and three vehicles (2019 Cadillac Escalade with VIN: 1GYS4KKJ7KR254957; 2020 Ford F350 Super Duty Crew Pickup with VIN: 1FT8W3B64LEC41202; and 2019 Dodge Durango with VIN: 1C4SDJCT9KC550873).

The following LE personnel participated in the search activities:

- SA Adam Hoberg/ FBI / Search
- Detective Denis Janis/ Illinois State Patrol (ISP)/ Search
- SA Bradley R. Roessler/ IRS/ Search
- SA Julie Neiger/ FBI/ Interview of Holt
- Detective Michael Swindle/ ISP/ Interview of Holt
- SA Harvey Pettry/ FBI/ Search
- SA Chuck Willenborg/ FBI/ Search
- SA Aaron Koch/ IRS/ Search
- SA Michael Heath/ Social Security Administration (SSA)-OIG / Search
- SA Pat Holtgrave/ Health and Human Services-OIG/ Interview of Holt
- SA Chris Spillman/ IRS/ Search
- Detective Phil Taylor/ ISP/ Search
- SA Steven Dalecheck/ FBI/ Search
- SA Bill Young/ Health and Human Services-OIG/ Search
- OST Deanna Hyde/ FBI/ Search
- Pete Jansen/ FBI/ Vehicle Forfeiture
- Cheryl Mittelsteadt/ FBI/ Vehicle Forfeiture
- Tom Park/ FBI/ Vehicle Forfeiture
- James Harding/ FBI/ Photographer
- Timothy Beiser/ ISP/ Search
- Adam Gibson/ ISP/ Search
- Anne Kracht/ ISP/ Search
- SA Linda Hanley/ Health and Human Services-OIG/ Search

At approximately 8:30am LE arrived at the residence and conducted a security

| Investigation on | 11/19/2020 | at | O'Fallon, Illinois, United States (In Person) |
|---|---|---|---|
| File # | 318B-SI-2286070 | | Date drafted    11/23/2020 |
| by | HOBERG ADAM | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

318B-SI-2286070

Continuation of FD-302 of  (U) Search of 210 Knollhaven Trail O'Fallon, IL , On 11/19/2020 , Page 2 of 4

sweep of the residence. Three persons were present at the residence: Matissia Holt and two minor children. Holt was interviewed on scene. All three persons remained on scene for the duration of the search activities.

The following items were seized/collected as part of the operation. Some of the below items were initially collected but not seized. Those items are noted below:

1) Bundled up tarp with red coloring, blue plastic bin, and clothing

2) Fake blood

3) One (1) gold colored Apple iphone (returned on 11/20/20)

4) One (1) Kodak disposable camera

5) One (1) blue and black Intel Nextbook tablet

6) A doctor's note and Freedom of Info Act document

7) Miscellaneous paperwork (Set 1)

8) Black canvass bag with contents of: notebook, documents, black sharpie marker, and pliers.

9) One (1) silver colored Notebook Pro laptop

10) One (1) Apple iMac desktop computer

11) Miscellaneous paperwork (Set 2)

12) White poster boards with check printouts attached.

13) Bundle of three Vivitar cameras, flash drive, and four audio tapes

14) One (1) Ruger firearm with serial number: 371032087

15) One (1) .380 caliber magazine and six rounds of .380 ammo

16) One (1) Hi-Point firearm with serial number: P1431271

17) One (1) .22 caliber North American firearm with serial number: L090052

18) Documents found in Sentry Safe

19) One (1) black and gray ZTE cellphone

20) Miscellaneous ammo (Originally planned to be siezed but not taken).

21) Set of three phones and one Amazon Kindle located in one location (One red cellphone returned on 11/20/20)

22) One (1) black Apple iPhone

23) A piece of jewelry with $8500 appraisal receipt (This item was not taken)

24) Miscellaneous paperwork (Set 3)

25) One (1) black Amazon Tablet serial number SV98LN

26) One (1) black ZTE phone, camera, and Garmnin GPS device found in same location

27) Multiple recording devices found in saem location

28) Miscellaneous paperwork (Set 4)

29) Two (2) flash drives found in same location

30) Teresa Songer Medical Parperwok

31) Miscellaneous paperwork (Set 5)

32) Miscellaneous paperwork (Set 6)

33) Miscellaneous paperwork (Set 7)

Upon the conclusion of these search activities, a copy of the search warrant and two receipts for property were left within the house, and the scene was released to Holt. LE departed the residence at approximately 12:30pm.

The following documentation pertaining to these search activities will be retained within the 1A portion of this case file:

- Receipt of Property Seized in Residence

318B-SI-2286070

Continuation of FD-302 of (U) Search of 210 Knollhaven Trail O'Fallon, IL , On 11/19/2020 , Page 4 of 4

- Receipt of Vehicles Seized
- Copy of Search Warrant and Affidavit
- Evidence Collected Item Log
- Search Photo Log and Room Labels
- Compact Disc of Search Photos

In addition to the above mentioned search/seizures, funds in two bank accounts were seized the same day. Seizure of $59,624.20 in Regions Bank Account 286854577. Seizure of $17,065.66 in Scott Credit Union Account Number 2218198.

Furthermore, on November 20, 2020 SA Hoberg and SA Julie Nieger returned two (2) cell phones (Item #3 and #21 above) from the search above search. At approximately, 1:45pm SA Hoberg and SA Neiger arrived at 210 Knollhaven Trail and knocked on the door. No one was present at the residence. However, Monica Jennings was a neighbor across the street from the residence and met with SA Hoberg and SA Neiger outside. Jennings was on the her cell phone with Holt at the time of the contact with Agents. Holt agreed to let Jennings accept the two cell phones on her (Holt's) behalf. Jennings took possession of the cell phones and SA Hoberg provided the Receipt of Property to Jennings. (Receipt of Property attached to the 1A section)