FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 4

**Date:** 11/19/2020  **Case ID:** 318B-SI-7286070

**Location:** 210 Knollhaven Trail, O'Fallon, IL 62769

**Preparer/Assistants:** Deanna Hysell

**Personnel (full names and initials):** See FD-302

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | tarp with red coloring, blue plastic bin, clothing | H | on rack in overhead storage rack | Denis Janis / Charles Willenborg | | |
| 2 | fake blood | C | in drawer | Tim Beiger / Adam Gibson | | |
| 3 | cell phone -apple iPhone, gold in color | C | on kitchen counter | Tim Beiger / Adam Gibson | | |
| 4 | Kodak disposable camera | C | in drawer | Tim Beiger / Adam Gibson | | |
| 5 | tablet, Intel Netbook blue and black in color | C | in drawer | Tim Beiger / Adam Gibson | | |
| 6 | doctor's note and FOIA document | D | in box | Denis Janis / Deanna Hysell | | |
| 7 | paperwork | C | on counter | Tim Beiger / Adam Gibson | | |
| 8 | black canvas bag and contents - notebook, documents, black sharpie, flies | E | on floor | Chris Spillman / Aaron Koch | and | |
| 9 | 3 Visitor cameras, cassette tapes, flash drives D/T | | | | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 11/19/2020  Case ID: 318B-SI-7286070

Location: 210 Knollnoven Trail, O'Fallon, IL 62269

Preparer/Assistants: Deanna Hyell

Personnel (full names and initials): See FD-302

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 9 | laptop, silver macbook pro | E | on desk | Chris Spillman / Aaron Koch | | |
| 10 | Desktop, apple computer / imac | E | on desk | Chris Spillman / Aaron Koch | | |
| 11 | documents | E | in filing cabinet | Chris Spillman / Aaron Koch | | |
| 12 | papers with check printouts | E | along wall | Chris Spillman / Aaron Koch | | |
| 13 | 3 Vivitar cameras, cassette tape, flash drive, audio tapes - 4 | E | inside black canvas bag on floor | Chris Spillman / Aaron Koch | paper | |
| 14 | Ruger, Prescott, AZ SN 371032087 | H | inside safe in cabinet | Denis Ianni / Charles Willenborg | | |
| 15 | Magazine .380, Hornady Auto 380 rounds - 6 | H | inside safe in cabinet | Denis Ianni / Charles Willenborg | | |
| 16 | Hi-Point Firearms model C9 9mm Luger SN P1431271 | H | inside safe in cabinet | Denis Ianni / Charles Willenborg | | |
| 17 | North American Arms Inc SN LBDH.L B98852 | H | inside safe in cabinet | Denis Ianni / Charles Willenborg | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 3 of 4

**Date:** 11/19/2020   **Case ID:** 318B-SI-2386070

**Location:** 210 Knollhaven Trail, D'Falen, IL 62269

**Preparer/Assistants:** Deanna Hugle

**Personnel (full names and initials):** See FD-302

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 18 | Sentry Safe | E | on top of drawers/table left of bookshelf | Chris Spillman, Aaron Kuch | | |
| 19 | ZTE phone, black and gray | Z | top drawer of side table | Denis Innis, Charles Willenborg | | |
| 20 | ammo | H | inside safe in cabinet | Denis Innis, Charles Willenborg | | photograph not created |
| 21 | 3 phones + tablet: Amazon tablet black, black Samsung Galaxy Note 5 white iPhone 5, red iPhone in black case | L | on side table and in side table bottom drawer | Linda Hanley, Bill Young | | — red iphone in black case was returned |
| 22 | black apple phone | in driveway | on Tiner's person | Daniel Geske RDH Bradley Kumler | | |
| 23 | silver colored ring w/ pin what sprig | Ford FX4 plate 248Q3306 | center console bottom compartment | | | photographed not taken |
| 24 | paperwork, mail | R | in closet | Linda Hanley, Bill Young | | |
| 25 | tablet - black Amazon model SV98LN | Q | top shelf of TV table | Michael Herath, Joel Farris RDH | | |
| 26 | black ZTE Garmin, camera - black S/E FH1200 | P | closet | Linda Hanley, Bill Young | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 4 of 4

**Date:** 11/19/2020  **Case ID:** 318B-SI-2286070

**Location:** 210 Knollhaven Trail, O'Fallon, IL 62269

**Preparer/Assistants:** Deanna Hyzer

**Personnel (full names and initials):** See FD-302

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 27 | 3 cassettes, 1 H4/N Pro handy recorder, 2 Olympus VN-541PC Recorders | E | on dresser by bookcase/shelf | Chris Spillman / Aaron Koch | paper | |
| 28 | Documents - tax returns, vehicle information | E | bottom drawer side table left of dresser/bookshelf | Chris Spillman / Aaron Koch | | |
| 29 | 2 flash drives | E | in desk | Chris Spillman / Aaron Koch | | |
| 30 | paper with Teresa Sanger medical information | E | on top of bookcase | Chris Spillman / Aaron Koch | | |
| 31 | Documents - QDH Snap Benefits | Q | dresser and bedside tables | Michael Itzell / Saul Ferris Fettis DH | | |
| 32 | Documents - Financial | E | on top of safe | Chris Spillman / Aaron Koch | | |
| 33 | Documents | Ford FX4 black 2489S33oB | backseat and toolbox | Brad Rossler / Daniel Cook | | |
| | DH 11/19/2020 Nothing Further | | | | | |