## AFFIDAVIT OF LAURA BARKE

I, Laura Barke, state the following:

1. I am an Assistant United States Attorney (AUSA) in the Civil Division of the United States Attorney's Office for the Southern District of Illinois.

2. On or about December 18, 2020, AUSA Scott Verseman asked me to serve as a filter agent for Emmitt Tiner's jail calls. I am not part of the prosecution team in United States v. Emmitt Tiner, Case No. 20-cr-30166 and am not supervised by AUSA Verseman.

3. AUSA Verseman had previously asked me to serve as a filter agent for other sets of materials involving Tiner. Specifically, I reviewed voicemail recordings from Tiner to a cooperating victim and packages sent by Tiner to cooperating victims. The packages included hard copy documents and flash drives containing videos recorded by Tiner. In these materials, Tiner made certain unsolicited comments about speaking with former Federal Defender Preston Humphrey. Even though the materials had been sent to the victims, I reviewed and redacted all of Tiner's statements relating to his conversations with Humphrey from the materials. I then returned the redacted versions to special agents on the prosecution team.

4. AUSA Verseman provided a written filter protocol for me to follow in my review of Tiner's jail calls. A copy of the email containing that protocol is attached as Exhibit A.

5. Among other instructions, AUSA Verseman asked me to: (1) review the recorded jailhouse calls; (2) determine which calls involved an attorney or Tiner's spouse, Matissia Holt; (3) stop listening to any calls if I determined that an attorney or Ms. Holt was a participant; (4) create a log indicating which calls involved an attorney or Ms. Holt; and (5) provide the log to Internal Revenue Service – Criminal Investigations Special Agent Brad Roessler. AUSA

Exhibit 6 - Page 1 of 3

Verseman further instructed me to not communicate the substance of any calls involving any attorney or Ms. Holt to him or any of the agents working on this case.

6. In December 2020, I received a compact disk from SA Roessler containing one hundred and one (101) recorded jail calls.

7. I reviewed the jail calls following the filter protocol and created a log to note any calls between Tiner and his attorney or Holt. A copy of that log is attached as Exhibit B.

8. Because I stopped listening to each call once I determined Tiner's attorney or office staff was on the line, I did not hear the substance of any conversation between Tiner and his attorney. I noted these calls, as well as calls involving Ms. Holt, on the log.

9. During my review, I asked AUSA Verseman two questions. First, I asked whether I should listen to Tiner's calls with Holt to determine if Tiner had given her instructions to threaten or harm witnesses. AUSA Verseman instructed me not to listen to those calls. Second, I asked if I should listen to Tiner's calls with third parties to determine whether Tiner discussed communications with his attorneys in those calls. AUSA Verseman advised me to take a conservative approach by listening to Tiner's calls with third parties and noting any calls where he discussed attorney-client communications so they could be excluded from the prosecution team. I then identified these calls on the log as calls that Agent Roessler should not listen to. A copy of my email exchange with AUSA Verseman is attached as Exhibit C.

10. On or about January 4, 2021, I emailed a copy of my completed log to SA Roessler.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2021.

_____
**LAURA BARKE**
Assistant United States Attorney

3

Exhibit 6 - Page 3 of 3

**Verseman, Scott (USAILS)**

| | |
|---|---|
| From: | Verseman, Scott (USAILS) |
| Sent: | Friday, December 18, 2020 1:05 PM |
| To: | Barke, Laura (USAILS) |
| Cc: | Roessler, Bradley R. (SI) (TFO) (FBI) |
| Subject: | Filter Team Review of Jail Calls |

Laura:

Thanks again for agreeing to help us out with the Taint review of the Tiner's jailhouse calls. I know we met briefly in person to discuss this, but I wanted to document what we're asking of you.

As you know, Tiner has threatened to physically harm some of the victims/witnesses in this case. As a matter of due diligence, and for the safety of the victims/witnesses, the agents would like to listen to the jailhouse calls Tiner has made since he was arrested to ensure that he has not asked a friend or associate to harm anyone.

As you know, we are not permitted to listen to any calls between Tiner and his attorney(s). In addition, DOJ's PRAO office has advised us not to review any evidence that may be covered by one of the spousal privileges.

We would like you to briefly listen to each of the calls to determine whether the other party on the line is either an attorney or Tiner's wife. Once you have made that determination, please stop your review of the call and note on the log whether the other party is an attorney or Tiner's wife. After we receive the log with your notations, the agents will listen to all calls that do not involve an attorney or Tiner's wife.

You are not permitted to communicate the substance of any calls involving an attorney or Tiner's wife to me or any of the agents working on this case.

For purposes of assisting you in your review, please be advised of the following:

1) Tiner's wife is named Matissia Holt. I will ask Agent Roessler to forward to you any known telephone numbers for Ms. Holt.

2) Tiner is represented in the present case in the SD IL by Bill Margulis of St. Louis. The numbers I am aware for Mr. Margulis are: 314-390-0234; 314-390-0233; and 314-308-4958.

3) Tiner also claimed at one point to be represented by Federal Defender Preston Humphrey. The main office number for the Federal Defender's Office is 618-482-9050. That being said, any call with the "482" prefix is likely to involve someone from the Federal Defender's Office.

After you have finished your review, please notify Agent Roessler and provide him with the call log with your notations indicating which calls he is permitted to listen to.

Thank you again for your help. It is greatly appreciated!

Scott

Scott A. Verseman
Assistant United States Attorney
Chief, Fraud & Corruption Unit

1

Exhibit 6 - Exhibit A - Page 1 of 2

9 Executive Drive
Fairview Heights, IL  62208
Desk:  (618) 628-3713
Cell:  (618) 304-4978

2

Exhibit 6 - Exhibit A - Page 2 of 2

| index | site name | call time | called party | dur (s) | originating port | name | account # | term code | USAO Filter Review - Identity of Call Recipient | USAO Filter Review - Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | St Clair County Jail, IL | 11/19/2020 12:15 | 6185304868 | 14 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Wife | Privileged |
| 2 | St Clair County Jail, IL | 11/19/2020 12:44 | 6303306514 | 262 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | Ready for Agent Review |
| 3 | St Clair County Jail, IL | 11/19/2020 12:55 | 6185304868 | 19 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Wife | Privileged |
| 4 | St Clair County Jail, IL | 11/19/2020 13:07 | 6303306514 | 706 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | Ready for Agent Review |
| 5 | St Clair County Jail, IL | 11/19/2020 15:17 | 6303306514 | 899 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Associate - Roark | 8:37 - Discussion begins regarding Tiner's conversations with attorney |
| 6 | St Clair County Jail, IL | 11/19/2020 19:21 | 6185304868 | 898 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 7 | St Clair County Jail, IL | 11/19/2020 19:41 | 6185304868 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 8 | St Clair County Jail, IL | 11/19/2020 20:40 | 6185304868 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 9 | St Clair County Jail, IL | 11/19/2020 21:01 | 6183411472 | 898 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 10 | St Clair County Jail, IL | 11/20/2020 9:25 | 6183411472 | 893 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 11 | St Clair County Jail, IL | 11/20/2020 9:42 | 6183411472 | 7 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Wife | Privileged |
| 12 | St Clair County Jail, IL | 11/20/2020 10:01 | 6183411472 | 882 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 13 | St Clair County Jail, IL | 11/20/2020 10:39 | 6185304868 | 808 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 14 | St Clair County Jail, IL | 11/20/2020 12:53 | 6183411472 | 889 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 15 | St Clair County Jail, IL | 11/20/2020 15:12 | 6303306514 | 880 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | Ready for Agent Review |
| 16 | St Clair County Jail, IL | 11/20/2020 15:31 | 6185304868 | 874 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Neighbor | Ready for Agent Review |
| 17 | St Clair County Jail, IL | 11/20/2020 15:51 | 6189793846 | 7 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Neighbor | Ready for Agent Review |
| 18 | St Clair County Jail, IL | 11/20/2020 15:55 | 6189793846 | 461 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Neighbor | Ready for Agent Review |
| 19 | St Clair County Jail, IL | 11/20/2020 19:27 | 6183411472 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 20 | St Clair County Jail, IL | 11/20/2020 19:43 | 6183411472 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 21 | St Clair County Jail, IL | 11/21/2020 11:26 | 6183411472 | 18 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 22 | St Clair County Jail, IL | 11/21/2020 11:47 | 7195517070 | 17 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Daughter | Ready for Agent Review |
| 23 | St Clair County Jail, IL | 11/21/2020 12:51 | 7195517070 | 881 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Daughter | Ready for Agent Review |
| 24 | St Clair County Jail, IL | 11/21/2020 14:26 | 6183411472 | 19 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 25 | St Clair County Jail, IL | 11/21/2020 19:31 | 6303306514 | 744 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Associate - Roark | 7:33 - 7:37; 8:42 - 8:55: Statements regarding Tiner's conversation with attorney |
| 26 | St Clair County Jail, IL | 11/21/2020 20:21 | 6189793846 | 316 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Neighbor | Ready for Agent Review |
| 27 | St Clair County Jail, IL | 11/21/2020 20:30 | 6189793846 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Neighbor | Privileged. Neighbor immediately hands phone to Holt to talk with Tiner |
| 28 | St Clair County Jail, IL | 11/22/2020 13:01 | 6303306514 | 467 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | Ready for Agent Review |
| 29 | St Clair County Jail, IL | 11/22/2020 13:13 | 6185304868 | 896 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 30 | St Clair County Jail, IL | 11/22/2020 20:06 | 6185304868 | 6 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 31 | St Clair County Jail, IL | 11/22/2020 20:12 | 7195517070 | 870 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Daughter | Ready for Agent Review |
| 32 | St Clair County Jail, IL | 11/22/2020 21:05 | 6303306514 | 23 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 33 | St Clair County Jail, IL | 11/22/2020 21:10 | 6303306514 | 338 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | Ready for Agent Review |
| 34 | St Clair County Jail, IL | 11/23/2020 16:45 | 6303306514 | 8 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | Ready for Agent Review |
| 35 | St Clair County Jail, IL | 11/23/2020 16:46 | 7195517070 | 873 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Daughter | Ready for Agent Review |
| 36 | St Clair County Jail, IL | 11/23/2020 17:03 | 6303306514 | 6 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Associate - Roark | Ready for Agent Review |
| 37 | St Clair County Jail, IL | 11/23/2020 17:13 | 6303306514 | 884 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Associate - Roark | 4:24; Associate calls Holt with separate phone on speaker and Tiner begins conversation with Holt and associate |
| 38 | St Clair County Jail, IL | 11/23/2020 17:32 | 6303306514 | 894 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Tiner's wife, call recipient, and Tiner all on call | Privileged |
| 39 | St Clair County Jail, IL | 11/25/2020 12:46 | 6185304868 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 40 | St Clair County Jail, IL | 11/25/2020 13:08 | 6185304868 | 841 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 41 | St Clair County Jail, IL | 11/25/2020 13:25 | 7195517070 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Daughter | 4:50,5:32; 7:15 - 7:40, Associate calls Holt with separate phone on speaker and Tiner leaves voice messages for Holt. |
| 42 | St Clair County Jail, IL | 11/25/2020 13:43 | 8179477888 | 6 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Nephew | Ready for Agent Review |
| 43 | St Clair County Jail, IL | 11/25/2020 14:37 | 7735441902 | 894 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Nephew - Maurice | 9:22 - 10:08: Discussion about conversations with Tiner's attorney |
| 44 | St Clair County Jail, IL | 11/25/2020 16:37 | 7735441902 | 295 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Nephew - Maurice | Ready for Agent Review |
| 45 | St Clair County Jail, IL | 11/25/2020 16:47 | 2752196661 | 889 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Sister | Ready for Agent Review |
| 46 | St Clair County Jail, IL | 11/25/2020 17:13 | 6303306514 | 882 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Nephew - Maurice | Ready for Agent Review |
| 47 | St Clair County Jail, IL | 11/27/2020 19:24 | 7735441902 | 32 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Nephew - Maurice | Ready for Agent Review |
| 48 | St Clair County Jail, IL | 11/27/2020 19:30 | 6303306514 | 16 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | Ready for Agent Review |
| 49 | St Clair County Jail, IL | 11/28/2020 11:33 | 6185304868 | 883 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 50 | St Clair County Jail, IL | 11/28/2020 11:50 | 6185304868 | 877 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 51 | St Clair County Jail, IL | 11/29/2020 12:53 | 6185304868 | 900 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 52 | St Clair County Jail, IL | 11/29/2020 13:11 | 6183344053 | 14 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Nephew - Tony | Ready for Agent Review |
| 53 | St Clair County Jail, IL | 11/29/2020 13:14 | 6183344053 | 869 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Nephew - Tony | Ready for Agent Review |
| 54 | St Clair County Jail, IL | 11/29/2020 17:48 | 6183344053 | 10 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Nephew - Tony | Ready for Agent Review |
| 55 | St Clair County Jail, IL | 11/30/2020 12:07 | 6185304868 | 10 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Wife | Privileged |
| 56 | St Clair County Jail, IL | 11/30/2020 12:35 | 6189793846 | 51 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Neighbor | Ready for Agent Review |
| 57 | St Clair County Jail, IL | 11/30/2020 12:41 | 6189793846 | 44 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Neighbor | Ready for Agent Review |
| 58 | St Clair County Jail, IL | 11/30/2020 18:26 | 6303306514 | 648 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Neighbor | 7:05 - 8:20: Associate calls Holt with another phone on speaker and Tiner leaves wife a voice message. |
| 59 | St Clair County Jail, IL | 11/30/2020 19:19 | 6185304868 | 3 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Wife | Privileged |
| 60 | St Clair County Jail, IL | 11/30/2020 19:28 | 7195517070 | 56 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Daughter | Ready for Agent Review |
| 61 | St Clair County Jail, IL | 11/30/2020 19:35 | 6183344053 | 21 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Nephew - Tony | Ready for Agent Review |
| 62 | St Clair County Jail, IL | 11/30/2020 19:38 | 6189793846 | 668 | MI Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Neighbor | Ready for Agent Review |

Exhibit 6 - Exhibit B - Page 1 of 2

| # | Facility | Date/Time | Number | Duration | Inmate | PIN | Status | Relation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 63 | St Clair County Jail, IL | 11/30/2020 19:53 | 6185304668 | 10 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Wife | Privileged |
| 64 | St Clair County Jail, IL | 11/30/2020 21:08 | 7195517070 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Daughter | Multiple discussions about daughter calling Tiner's attorney and telling him information |
| 65 | St Clair County Jail, IL | 11/30/2020 21:42 | 6185304668 | 892 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 66 | St Clair County Jail, IL | 12/1/2020 8:12 | 6186981606 | 7 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | ? | Ready for Agent Review |
| 67 | St Clair County Jail, IL | 12/1/2020 8:15 | 6186981606 | 11 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | ? | Ready for Agent Review |
| 68 | St Clair County Jail, IL | 12/1/2020 9:06 | 3143900233 | 898 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 69 | St Clair County Jail, IL | 12/1/2020 9:22 | 3143900233 | 810 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Attorney | Privileged |
| 70 | St Clair County Jail, IL | 12/1/2020 11:38 | 6185304668 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 71 | St Clair County Jail, IL | 12/1/2020 12:07 | 6185304668 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 72 | St Clair County Jail, IL | 12/1/2020 16:12 | 3143900233 | 680 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 73 | St Clair County Jail, IL | 12/2/2020 17:24 | 3143900233 | 409 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 74 | St Clair County Jail, IL | 12/20/2020 9:32 | 6183344053 | 7 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Nephew - Tony | Ready for Agent Review |
| 75 | St Clair County Jail, IL | 12/20/2020 15:12 | 3143900233 | 880 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 76 | St Clair County Jail, IL | 12/2/2020 18:17 | 6185304668 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 77 | St Clair County Jail, IL | 12/5/2020 19:36 | 7195517070 | 6 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Daughter | Ready for Agent Review |
| 78 | St Clair County Jail, IL | 12/4/2020 14:59 | 3143900233 | 298 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Attorney's Paralegal | Privileged |
| 79 | St Clair County Jail, IL | 12/4/2020 19:10 | 6185304668 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 80 | St Clair County Jail, IL | 12/4/2020 19:29 | 7735441902 | 819 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Nephew - Maurice | Privileged |
| 81 | St Clair County Jail, IL | 12/4/2020 19:44 | 7195517070 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Daughter | Privileged |
| 82 | St Clair County Jail, IL | 12/6/2020 19:47 | 6185304668 | 789 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 83 | St Clair County Jail, IL | 12/6/2020 20:02 | 7195517070 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Daughter | Multiple discussions about conversations with Tiner's attorney |
| 84 | St Clair County Jail, IL | 12/7/2020 16:21 | 3143900233 | 170 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 85 | St Clair County Jail, IL | 12/8/2020 8:46 | 6185304668 | 755 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 86 | St Clair County Jail, IL | 12/8/2020 16:43 | 6186981806 | 6 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | ? | Ready for Agent Review |
| 87 | St Clair County Jail, IL | 12/8/2020 17:06 | 3143900233 | 134 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 88 | St Clair County Jail, IL | 12/8/2020 20:29 | 6185304668 | 645 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 89 | St Clair County Jail, IL | 12/9/2020 10:30 | 3143900233 | 292 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Attorney | Privileged |
| 90 | St Clair County Jail, IL | 12/9/2020 16:35 | 6303506514 | 669 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Associate - Roark | 5:35- 5:45, 6:37-9:50, Discussion about what Tiner's attorney and Holt's attorney said. |
| 91 | St Clair County Jail, IL | 12/9/2020 16:50 | 7195517070 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Daughter | Ready for Agent Review |
| 92 | St Clair County Jail, IL | 12/10/2020 16:23 | 3143900233 | 254 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 93 | St Clair County Jail, IL | 12/10/2020 16:30 | 6185304668 | 900 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 94 | St Clair County Jail, IL | 12/11/2020 15:44 | 3143900233 | 525 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 95 | St Clair County Jail, IL | 12/12/2020 14:29 | 6185304668 | 360 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call duration limit exceeded | Wife | Privileged |
| 96 | St Clair County Jail, IL | 12/14/2020 21:49 | 6185304668 | 381 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 97 | St Clair County Jail, IL | 12/15/2020 13:49 | 6185304668 | 11 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 98 | St Clair County Jail, IL | 12/15/2020 15:06 | 3143900233 | 871 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Attorney | Privileged |
| 99 | St Clair County Jail, IL | 12/15/2020 16:34 | 6185304668 | 866 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Caller Hang up | Wife | Privileged |
| 100 | St Clair County Jail, IL | 12/15/2020 16:51 | 6185304668 | 814 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Called party hangup | Wife | Privileged |
| 101 | St Clair County Jail, IL | 12/15/2020 17:13 | 7195517070 | 8 Mi Infirm 1 TDD | EMMITT TINER | 471024 | Call Ended | Daughter | Ready for Agent Review |

Exhibit 6 - Exhibit B - Page 2 of 2

**Weissler, Luke (USAILS)**

| | |
|---|---|
| **From:** | Barke, Laura (USAILS) |
| **Sent:** | Monday, January 4, 2021 4:04 PM |
| **To:** | Roessler Bradley R |
| **Subject:** | FW: Filter Team Review of Jail Calls |
| **Attachments:** | Tiner Jail Calls Index.xlsx |

Hi Brad,

Attached is a spreadsheet logging the Tiner jail calls. I copied the basic information from the index included on the CD and then added two columns of notes to identify the call recipient and whether the call contained any potentially privileged information. Please let me know if you have any questions.

I will be in the office tomorrow if you want to swing by and pick up the CD copy?

Thanks,

Laura Barke
(618) 628-3710
laura.barke@usdoj.gov

**From:** Verseman, Scott (USAILS) <SVerseman@usa.doj.gov>
**Sent:** Wednesday, December 23, 2020 4:19 PM
**To:** Barke, Laura (USAILS) <LBarke@usa.doj.gov>
**Subject:** RE: Filter Team Review of Jail Calls

Laura:

Yes, I think it would be best to continue a conservative approach. I think that would be a good idea for you to review the calls with third parties so that we can exclude any conversations where Tiner is disclosing what he has discussed with this attorneys.

Thank you. An Happy Holidays to you as well ☺

Scott

Scott A. Verseman
Assistant United States Attorney
Chief, Fraud & Corruption Unit
9 Executive Drive
Fairview Heights, IL  62208
Desk:  (618) 628-3713
Cell:  (618) 304-4978


**From:** Barke, Laura (USAILS) <LBarke@usa.doj.gov>
**Sent:** Wednesday, December 23, 2020 1:02 PM
**To:** Verseman, Scott (USAILS) <SVerseman@usa.doj.gov>

1

Exhibit 6 - Exhibit C - Page 1 of 4

**Cc:** Roessler, Bradley R. (SI) (TFO) (FBI) <broessler@fbi.gov>
**Subject:** RE: Filter Team Review of Jail Calls

Hi Scott,

I'm in the process of reviewing the calls and have discovered there are several instances where the call recipient placed a separate call to Ms. Holt on another phone while still on the line with Tiner, and then placed the call with Ms. Holt on speaker so that Tiner and Holt could communicate. There is also another instance where the call recipient handed off the phone to Ms. Holt if they were in the same location. I'm noting those instances on the log and am now going back to skim through all the calls (except those directly with Ms. Holt or Tiner's attorney) to make sure I catch any additional conversations between Ms. Holt and Tiner.

This has now raised another issue. When scanning through the calls, I've noticed Tiner is sometimes discussing conversations with his attorneys in calls with third parties or asking the call recipient to relay information to his attorney. Would you like me to listen to all the calls between Tiner and third parties (not including Ms. Holt or Tiner's attorney) and note on the log if there is any reference to information potentially protected by the attorney-client privilege? Even though the information is being disclosed to a third party, I know we've taken a conservative approach to this issue in the past. Please let me know if you agree with that process, or if you would like me to handle it differently.

Thank you and hope you have a happy holidays!
Laura

Laura Barke
(618) 628-3710
laura.barke@usdoj.gov

**From:** Verseman, Scott (USAILS) <SVerseman@usa.doj.gov>
**Sent:** Friday, December 18, 2020 4:06 PM
**To:** Barke, Laura (USAILS) <LBarke@usa.doj.gov>
**Cc:** Roessler, Bradley R. (SI) (TFO) (FBI) <broessler@fbi.gov>
**Subject:** RE: Filter Team Review of Jail Calls

Laura:

Once you've determined that the other speaker is Ms. Holt, please stop listening to the call. I'm concerned that if you go beyond that, the court will conclude that we've asked you to do a substantive review of the calls. That might run afoul of our obligation not to gather evidence in violation of legal privileges.

Thanks,

Scott

Scott A. Verseman
Assistant United States Attorney
Chief, Fraud & Corruption Unit
9 Executive Drive
Fairview Heights, IL  62208
Desk:  (618) 628-3713
Cell:  (618) 304-4978

**From:** Barke, Laura (USAILS) <LBarke@usa.doj.gov>
**Sent:** Friday, December 18, 2020 2:07 PM
**To:** Verseman, Scott (USAILS) <SVerseman@usa.doj.gov>
**Cc:** Roessler, Bradley R. (SI) (TFO) (FBI) <broessler@fbi.gov>
**Subject:** RE: Filter Team Review of Jail Calls

Scott,

No problem. I am happy to help and will complete this as soon as possible.

I understand the instructions and just have one question. For the calls with Tiner's wife, do I need to listen to any portion of the call to determine if there is any discussion about the wife arranging for harm to a victim/witness? I was thinking that was referenced in our earlier conversation, but I may have misunderstood. I have not listened to any of the calls yet.

Thanks,
Laura

Laura Barke
(618) 628-3710
laura.barke@usdoj.gov

**From:** Verseman, Scott (USAILS) <SVerseman@usa.doj.gov>
**Sent:** Friday, December 18, 2020 1:05 PM
**To:** Barke, Laura (USAILS) <LBarke@usa.doj.gov>
**Cc:** Roessler, Bradley R. (SI) (TFO) (FBI) <broessler@fbi.gov>
**Subject:** Filter Team Review of Jail Calls

Laura:

Thanks again for agreeing to help us out with the Taint review of the Tiner's jailhouse calls. I know we met briefly in person to discuss this, but I wanted to document what we're asking of you.

As you know, Tiner has threatened to physically harm some of the victims/witnesses in this case. As a matter of due diligence, and for the safety of the victims/witnesses, the agents would like to listen to the jailhouse calls Tiner has made since he was arrested to ensure that he has not asked a friend or associate to harm anyone.

As you know, we are not permitted to listen to any calls between Tiner and his attorney(s). In addition, DOJ's PRAO office has advised us not to review any evidence that may be covered by one of the spousal privileges.

We would like you to briefly listen to each of the calls to determine whether the other party on the line is either an attorney or Tiner's wife. Once you have made that determination, please stop your review of the call and note on the log whether the other party is an attorney or Tiner's wife. After we receive the log with your notations, the agents will listen to all calls that do not involve an attorney or Tiner's wife.

You are not permitted to communicate the substance of any calls involving an attorney or Tiner's wife to me or any of the agents working on this case.

For purposes of assisting you in your review, please be advised of the following:

3

Exhibit 6 - Exhibit C - Page 3 of 4

1) Tiner's wife is named Matissia Holt. I will ask Agent Roessler to forward to you any known telephone numbers for Ms. Holt.

2) Tiner is represented in the present case in the SD IL by Bill Margulis of St. Louis. The numbers I am aware for Mr. Margulis are: 314-390-0234; 314-390-0233; and 314-308-4958.

3) Tiner also claimed at one point to be represented by Federal Defender Preston Humphrey. The main office number for the Federal Defender's Office is 618-482-9050. That being said, any call with the "482" prefix is likely to involve someone from the Federal Defender's Office.

After you have finished your review, please notify Agent Roessler and provide him with the call log with your notations indicating which calls he is permitted to listen to.

Thank you again for your help. It is greatly appreciated!

Scott

Scott A. Verseman
Assistant United States Attorney
Chief, Fraud & Corruption Unit
9 Executive Drive
Fairview Heights, IL  62208
Desk:  (618) 628-3713
Cell:  (618) 304-4978